IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THE ESTATE OF EVANGELINA MACIAS, an individual; ANNA LAURA MACIAS, individually and as co-successor in interest of decedent Evangelina Macias; MARIA DE JESUS MACIAS, individually and as co-successor in interest of decedent Evangelina Macias; and VICTOR MACIAS, individually and as co-successor in interest of decedent Evangelina Macias,

    Plaintiffs,

  v.

WASTE MANAGEMENT HOLDINGS, INC., a corporation; WM CORPORATE SERVICES, a corporation; and DOES 1-50, inclusive,

    Defendants.

No. C 14-01532 WHA

**NOTICE RE UPCOMING HEARING**

Your case is set for a motion hearing on July 3, 2014. Please remember our need to train our next generation of lawyers. So please consider the advisability of assigning the argument to a lawyer of less than four years experience out of law school in your office. If you file a notice stating that such a lawyer will conduct the argument, then the hearing will definitely go forward; otherwise, the Court may rule in advance based on the papers if it concludes an oral argument would be of limited value in resolving the motion, in which case the hearing would be vacated. If you intend to file such a notice, please do so by **12 PM ON JUNE 22, 2014**.

    **IT IS SO ORDERED**.

Dated: June 20, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE