**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF EVANGELINA MACIAS, an individual, ANNA LAURA MACIAS, MARIA DE JESUS MACIAS, and VICTOR MACIAS, individually and as co-successors in interest of decedent Evangelina Macias,<br><br>Plaintiffs,<br><br>v.<br><br>WASTE MANAGEMENT HOLDINGS, INC., a corporation, WASTE MANAGEMENT SAFETY SERVICES, LLC, a limited liability company, and DOES 1–50, inclusive,<br><br>Defendants. / | No. C 14-01532 WHA<br><br>**ORDER REQUESTING SUPPLEMENTAL DECLARATIONS AND RESPONSE** |

    In preparation for the September 25 hearing on defendants' motion to dismiss — and specifically, the issue of personal jurisdiction — defendants are requested to please submit declarations on whether Waste Management Holdings, Inc. or Waste Management Safety Services, LLC. participated in Cal/OSHA investigations and independent investigations of workplace injuries at Waste Management of Alameda County, including any investigations leading up to or into the accident that caused Evangelina Macais' death on June 18, 2012.  Please file these declarations by **3 PM ON SEPTEMBER 23, 2014**.

Then, plaintiffs may choose to respond to those declarations by **7 AM ON SEPTEMBER 24, 2014**.

**IT IS SO ORDERED.**

Dated: September 22, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2