**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THE ESTATE OF EVANGELINA
MACIAS, an individual, ANNA LAURA
MACIAS, MARIA DE JESUS MACIAS,
and VICTOR MACIAS, individually and
as co-successors in interest of decedent
Evangelina Macias,

        Plaintiffs,

  v.

WASTE MANAGEMENT HOLDINGS,
INC., a corporation, WASTE
MANAGEMENT SAFETY SERVICES,
LLC, a limited liability company, and
DOES 1–50, inclusive,

        Defendants.

                      /

No. C 14-01532 WHA


**ORDER RE PLAINTIFFS'
DECLARATIONS**


      Plaintiffs' counsel shall submit declarations by plaintiffs sufficient to establish their state

of domicile by **5 PM ON SEPTEMBER 24, 2014.**  In this connection, please be aware that mere

residency does not equal domicile.  *See Kanter v. Warner-Lambert Co.*, 265 F.3d 853, 857–58

(9th Cir. 2001).


     **IT IS SO ORDERED.**


Dated:  September 23, 2014.

                                           
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE