United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF EVANGELINA MACIAS, an individual, ANNA LAURA MACIAS, MARIA DE JESUS MACIAS, and VICTOR MACIAS, individually and as co-successors in interest of decedent Evangelina Macias,<br><br>Plaintiffs,<br><br>v.<br><br>WASTE MANAGEMENT HOLDINGS, INC., a corporation, WASTE MANAGEMENT SAFETY SERVICES, LLC, a limited liability company, and DOES 1–50, inclusive,<br><br>Defendants.<br>_____ / | No. C 14-01532 WHA<br><br>**ORDER TO SHOW CAUSE** |

The Court has received plaintiffs' discovery letter dated October 30, 2014 (Dkt. No. 50). Because an issue of potential privilege is involved, the following procedure will be used. Defendants are **ORDERED TO SHOW CAUSE** as to (1) why Greg Weiss should not be compelled to testify fully; and (2) why any of plaintiffs' requests for relief, as stated in their discovery letter, should not be granted. Defendants must respond to this order to show cause by submitting a full brief and any necessary declarations appended thereto by **12 PM ON NOVEMBER 5, 2014**. Then, plaintiffs may file a reply brief with any necessary declarations by **12 PM ON NOVEMBER 12, 2014**. The hearing on this issue will be at **8 AM ON NOVEMBER 19, 2014**.

**IT IS SO ORDERED.**

Dated: October 31, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE