IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF EVANGELINA MACIAS, an individual, ANNA LAURA MACIAS, MARIA DE JESUS MACIAS, and VICTOR MACIAS, individually and as co-successors in interest of decedent Evangelina Macias,<br><br>    Plaintiffs,<br><br>  v.<br><br>WASTE MANAGEMENT HOLDINGS, INC., a corporation, WASTE MANAGEMENT SAFETY SERVICES, LLC, a limited liability company, and DOES 1–50, inclusive,<br><br>    Defendants. | No. C 14-01532 WHA<br><br>**ORDER RE PREPARATION FOR UPCOMING HEARING** |

    In preparation for the hearing on November 19, 2014, the parties will please bring a complete copy of the transcript for Greg Weiss' October 30 deposition. Please bring this copy of the transcript to the November 19 hearing itself.

**IT IS SO ORDERED.**

Dated: November 17, 2014.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE