IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THE ESTATE OF EVANGELINA MACIAS, an individual; ANNA LAURA MACIAS, individually and as Co-Successor in Interest of Decedent Evangelina Macias; MARIA DE JESUS MACIAS, individually and as Co-Successor in Interest of Decedent Evangelina Macias; and VICTOR MACIAS, individually and as Co-Successor in Interest of Decedent Evangelina Macias,

    Plaintiffs,

  v.

WASTE MANAGEMENT HOLDINGS, INC., a corporation; WASTE MANAGEMENT NATIONAL SERVICES, INC., a corporation; WM SAFETY SERVICES, LLC, a limited liability company; and DOES 1-50, inclusive,

    Defendants.

No. C 14-01532 WHA

**REQUEST FOR ADDITIONAL BRIEFING RE SUBJECT MATTER JURISDICTION**

    The third amended complaint added Waste Management National Services, Inc. as a defendant in our case. The complaint states that this defendant is duly organized and existing under the laws of Texas. According to http://www.californiacorporates.com/corp/21342.html, however, Waste Management National Services, Inc. was incorporated in California on October 2, 2001, under company number C2360753. The complaint also states that all of the plaintiffs are domiciled in California.

    **BY NOON ON FEBRUARY 10, 2015**, that parties shall state, in **FIVE PAGES OR LESS**, why diversity jurisdiction exists in our case, including clarification of whether Waste Management National Services, Inc. is incorporated in California.

Dated: February 5, 2015.

                               /s/ William Alsup
                               WILLIAM ALSUP
                               UNITED STATES DISTRICT JUDGE