**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF EVANGELINA MACIAS, an individual; ANNA LAURA MACIAS, individually and as Co-Successor in Interest of Decedent Evangelina Macias; MARIA DE JESUS MACIAS, individually and as Co-Successor in Interest of Decedent Evangelina Macias; and VICTOR MACIAS, individually and as Co-Successor in Interest of Decedent Evangelina Macias,<br><br>Plaintiffs,<br><br>v.<br><br>WASTE MANAGEMENT HOLDINGS, INC., a corporation; WASTE MANAGEMENT NATIONAL SERVICES, INC., a corporation, WASTE MANAGEMENT SAFETY SERVICES, LLC, a corporation; and DOES 1–50, inclusive,<br><br>Defendants.<br>_____ / | No. C 14-01532 WHA<br><br>**REQUEST FOR CALIFORNIA OSHA REPORT** |

The parties are hereby requested to submit a copy of the California Occupational Safety and Health Administration's report on the incident that led to Ms. Macias' death by **NOON ON FEBRUARY 13, 2015**.

Dated: February 12, 2015.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE