UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF EVANGELINA MACIAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WASTE MANAGEMENT HOLDINGS, INC., et al., <br><br> Defendants. | Case No. 14-cv-01532-WHA (KAW) <br><br> **ORDER VACATING MAY 26, 2015 SETTLEMENT CONFERENCE DUE TO PLAINTIFFS' FAILURE TO LODGE A SETTLEMENT CONFERENCE STATEMENT** |

On February 27, 2015, the undersigned scheduled a settlement conference, currently set for May 27, 2015, in the above-captioned case. (Notice of Settlement Conference & Settlement Conference Order, Dkt. No. 86.) The parties were ordered to comply with the undersigned's Settlement Conference Standing Order, available at http://cand.uscourts.gov/kaworders. That order[1] requires parties to lodge settlement conference statements 10 days prior to a scheduled settlement conference. (Settlement Conference Standing Order ¶ 4.)

Because Plaintiffs had not lodged a settlement conference statement as required, the Clerk issued a notice on May 21, 2015, advising Plaintiffs that if a settlement conference statement was not lodged by noon on Friday, May 22, 2015, the May 27, 2015 settlement conference would be vacated. (Clerk's Notice, Dkt. No. 88.)

As of the filing of this order, Plaintiffs have not lodged a settlement conference statement. Accordingly, the settlement conference currently set for May 27, 2015 is VACATED. The parties shall contact Susan Imbriani, at (510) 637-3525, by June 1, 2015, for a new settlement conference date. If the presiding judge has set a deadline for the completion of ADR, the parties may need to

---

[1] The order was revised on March 9, 2015. The prior version required parties to lodge settlement conference statements seven days prior to a scheduled settlement conference.

1  seek leave from that deadline depending on the Court's availability.
2      IT IS SO ORDERED.
3  Dated: 05/22/2015

_____
KANDIS A. WESTMORE
United States Magistrate Judge

2