# In the United States District Court
## for the Northern District of California
Settlement Conference Minutes
U.S. Magistrate Judge
Kandis A. Westmore

**Date:** May 27, 2015

**Court Reporter:** N/A

**Case No.:** C14-1532 WHA (KAW)

**Case Name:** Estate of Evangelina McAcias, et al v. Waste Management Holdings, et al

**Counsel:**
**Plf:** DeWitt Lacy                **Def:** John Cox, Nathan Jaskowiak

**Outcome of Settlement Conference:**

|            |                   |
|------------|-------------------|
| _____   | Settled           |
| _____   | Partial settlement|
| ___X___    | Did not settle    |
| _____   | Other:            |

**Notes:**

**Time:** 4 hrs., 11 mins.

cc: KAW, WHA