# EXHIBIT 1

JOHN L. BURRIS, Esq. (SBN 69888)
DeWITT M. LACY, Esq. (SBN 258789)
**THE LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, CA 94621
T: (510) 839-5200
F: (510) 839-3882
john.burris@johnburrislaw.com
dewitt.lacy@johnburrislaw.com

Attorneys for Plaintiffs
THE ESTATE OF EVANGELINA MACIAS, ET AL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

| | |
|---|---|
| THE ESTATE OF EVANGELINA MACIAS, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> WASTE MANAGEMENT HOLDINGS INC., et al., <br><br> Defendants. | Case No.: 3:14-cv-01532-WHA <br><br> **PLAINTIFF'S NOTICE OF DEPOSITION OF CHARLOTTE HOLLAND** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that on **June 23, 2015** Plaintiffs' Attorney will take the deposition of Defendant **CHARLOTTE HOLLAND** commencing at **2:00 p.m.** Said deposition will take place at **THE BUZBEE LAW FIRM, JPMorgan Chase Tower, 600 Travis, Suite 7300, Houston, Texas 77002.**

The deposition will be taken under oath before a certified shorthand reporter and will continue from day to day, thereafter, except Sundays and holidays, at the same place until completed.

Notice of Deposition - 1

JOHN L. BURRIS, Esq. (SBN 69888)
DeWITT M. LACY, Esq. (SBN 258789)
**THE LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, CA 94621
T: (510) 839-5200
F: (510) 839-3882
john.burris@johnburrislaw.com
dewitt.lacy@johnburrislaw.com

Attorneys for Plaintiffs
THE ESTATE OF EVANGELINA MACIAS, ET AL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

| | |
|---|---|
| THE ESTATE OF EVANGELINA MACIAS, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> WASTE MANAGEMENT HOLDINGS INC., et al., <br><br> Defendants. | Case No.: 3:14-cv-01532-WHA <br><br> **PLAINTIFF'S NOTICE OF DEPOSITION OF BILLY MARTIN** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

**PLEASE TAKE NOTICE** that on **June 22, 2015** Plaintiffs' Attorney will take the deposition of Defendant **BILLY MARTIN** commencing at **10:00 a.m.** Said deposition will take place at **THE BUZBEE LAW FIRM, JPMorgan Chase Tower, 600 Travis, Suite 7300, Houston, Texas 77002.**

The deposition will be taken under oath before a certified shorthand reporter and will continue from day to day, thereafter, except Sundays and holidays, at the same place until completed.

Notice of Deposition - 1

JOHN L. BURRIS, Esq. (SBN 69888)
DeWITT M. LACY, Esq. (SBN 258789)
**THE LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, CA 94621
T: (510) 839-5200
F: (510) 839-3882
john.burris@johnburrislaw.com
dewitt.lacy@johnburrislaw.com

Attorneys for Plaintiffs
THE ESTATE OF EVANGELINA MACIAS, ET AL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

| | |
|---|---|
| THE ESTATE OF EVANGELINA MACIAS, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> WASTE MANAGEMENT HOLDINGS INC., et al., <br><br> Defendants. | Case No.: 3:14-cv-01532-WHA <br><br> **PLAINTIFF'S NOTICE OF DEPOSITION OF REGGIE WILLIS** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that on **June 23, 2015** Plaintiffs' Attorney will take the deposition of Defendant **REGGIE WILLIS** commencing at **10:00 a.m.** Said deposition will take place at **THE BUZBEE LAW FIRM, JPMorgan Chase Tower, 600 Travis, Suite 7300, Houston, Texas 77002.**

The deposition will be taken under oath before a certified shorthand reporter and will continue from day to day, thereafter, except Sundays and holidays, at the same place until completed.

# CERTIFICATE OF SERVICE
*Macias, et al v. Waste Management Holdings, et al*

**STATE OF CALIFORNIA, COUNTY OF ALAMEDA:**

I am a citizen of the United States and employed in the county aforesaid; I am over the age of eighteen years, and not a party to the within action; My business address is 7677 Oakport Street, Suite 1120, Oakland, California 94621. On the date below, I served on the named parties and /or counsel of record:

**John Cox**
**Nathan Jaskowiak**
Keesal Young & Logan
450 Pacific Ave.
San Francisco, CA 94133

The following documents in the manner checked below: **PLAINTIFF's NOTICE OF DEPOSITION OF Charlotte Holland, REGGIE WILLIS, and BILLY MARTIN.**

**MANUAL FILING NOTIFICATION**

☒ **(VIA MAIL -- CCP §§ 1013(a), 2015.5)** By placing a true copy thereof enclosed in a sealed envelope(s), addressed as above, and placing each for collection and mailing on that date following ordinary business practices. I am readily familiar with my firm's business practice of collection and processing of correspondence for mailing with the U.S. Postal Service and correspondence placed for collection and mailing would be deposited in the U.S. Postal Service at Oakland, California, with postage thereon fully prepaid, that same day in the ordinary course of business.

☐ **(VIA PERSONAL DELIVERY -- CCP §§ 1011, 2015.5)** By placing a true copy thereof enclosed in a sealed envelope(s), addressed as above, and causing each envelope(s) to be hand delivered on that day by Russ Taylor, in the ordinary course of my firm's business practice.

☐ **VIA E-MAIL or ELECTRONIC TRANSMISSION -- CCP §§ 1013(e), 2015.5, CRC 2008)** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document to be sent to the persons at the e-mail address(es) or the facsimile number listed above. I am readily familiar with my firm's business practice of collection and processing of correspondence via facsimile transmission(s) and any such correspondence would be transmitted in the ordinary course of business. The facsimile transmission(s) was reported as complete and without error, and a copy of the transmission report is attached..

☐ **(VIA OVERNIGHT MAIL/COURIER -- CCP §§ 1013(c), 2015.5)** By placing a true copy thereof enclosed in a sealed envelope(s), addressed as above, and placing each for collection by overnight mail service or overnight courier service. I am familiar with my firm's business practice of collection and processing of correspondence for overnight mail or overnight courier service, and my correspondence placed for collection for overnight delivery would, in the ordinary course of business, be delivered to an authorized courier or driver authorized by the overnight mail carrier to receive documents, with delivery fees paid or provided for, that same day, for delivery on the following business day.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on **June 10, 2015**, at Oakland, California.

Angelina Austin