IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ESTATE OF EVANGELINA MACIAS, et al.,

    Plaintiffs,

  v.

WASTE MANAGEMENT HOLDINGS, INC., et al.,

    Defendants.

No. C 14-01532 WHA

**ORDER SETTING HEARING RE PLAINTIFFS' DISCOVERY DISPUTES**

    The Court **SETS** a three-hour meet-and-confer in the Court's jury room starting at **9:30 A.M. AND CONTINUING TO 1:00 P.M. (WITH THIRTY MINUTES AT NOON FOR LUNCH) ON FRIDAY, JUNE 19**, in the Court's jury room. At 1:00 p.m., the Court shall hear any remaining issue(s). Please buzz chambers at 9:30 a.m. to be let into the Court's jury room.

    Please note that only those lawyers who personally participate in the meet-and-confer in the Court's jury room may be heard at the hearing.

    **IT IS SO ORDERED.**

Dated: June 18, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE