United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ESTATE OF EVANGELINA MACIAS, et al.,

    Plaintiffs,

v.

WASTE MANAGEMENT HOLDINGS, INC., et al.,

    Defendants.

    /

No. C 14-01532 WHA

**ORDER SETTING HEARING ON PLAINTIFFS' DISCOVERY DISPUTE**

Pursuant to plaintiffs' letter of July 12, the Court **SETS** a two-hour meet-and-confer in the Court's jury room to commence from **11:45 A.M. AND CONTINUING TO 1:45 P.M. ON FRIDAY, JULY 17, 2015**. At **1:45 P.M.**, the Court shall hear any remaining issue(s) in Courtroom 8.

Please note that only those lawyers who participate in the meet-and-confer in the Court's jury room may be heard at the hearing.

**IT IS SO ORDERED.**

Dated: July 13, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE