1   JOHN L. BURRIS, Esq., (SBN 69888)
    DeWITT M. LACY, Esq., (SBN 258789)
2   **THE LAW OFFICES OF JOHN L. BURRIS**
    Airport Corporate Center
3   7677 Oakport Street, Suite 1120
    Oakland, California 94621
4   Telephone: (510) 839-5200
    Facsimile: (510) 839-3882
5   john.burris@johnburrislaw.com
    dewitt.lacy@johnburrislaw.com
6

7   Attorneys for Plaintiffs

8

9   JOHN COX (SBN 197687)
    NATHAN RANDALL JASKOWIAK (SBN 248007)
10  **Keesal Young & Logan**
    450 Pacific Ave.
11  San Francisco, CA 94133
    Telephone: 415-398-6000
12  Facsimile: 415-981-0186
    john.cox@kyl.com
13  nathan.jaskowiak@kyl.com

14

15

16              UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
17

18  THE ESTATE OF EVANGELINA            Case No.: 14-01532-WHA
    MACIAS, an individual; ANNA
19  LAURA MACIAS, individually and as
    Co-Successor in Interest of Decedent   **STIPULATION AND REQUEST**
20  Evangelina Macias; MARIA DE JESUS      **FOR DISMISSAL**
    MACIAS, individually and as Co-
21  Successor in Interest of Decedent
    Evangelina Macias; and VICTOR
22  MACIAS, individually
    and as Co-Successor in Interest of
23  Decedent Evangelina Macias,
24
                Plaintiffs,
25  vs.
26
    WASTE MANAGEMENT HOLDINGS,
27  INC., a corporation; WASTE
28

1  MANAGEMENT NATIONAL
SERVICES, INC., a corporation,
2  WASTE MANAGEMENT SAFETY
SERVICES, LLC, a corporation; and
3  DOES 1-50, inclusive,

4        Defendants.

5                            **STIPULATION**

6        The parties in the above-entitled action hereby stipulate and agree to a

7  dismissal of this action, in its entirety, with prejudice.  Each party will bear its

8  own costs, including attorney's fees.

9

10  Dated: October 16, 2015          Respectfully submitted,

11                                   **THE LAW OFFICES OF JOHN L. BURRIS**

12
                                     /s/ *DeWitt M. Lacy*
13                                   DeWitt M. Lacy, Esq.
                                     Attorneys for Plaintiff
14

15  Dated: October 16, 2015

16
                                     */s/ *Nathan R. Jaskowiak*
17                                   John Cox, Esq.
                                     Nathan R. Jaskowiak, Esq.
18                                   Attorneys for Defendants
                                     *Mr. Jaskowiak has given his consent for
19                                   this document to be electronically filed.

20

21

22

23

24

25

26

27

28  STIPULATION AND REQUEST FOR DISMISSAL                    2
    MACIAS ET AL v. WASTE MANAGEMENT HOLDINGS ET AL
    USDC No. 14-01532-WHA